### NEWCOMB v. NAYLOR

Andrew Newcomb plantiff against Edward Naylor Defend[t] in an Action of Debt of Nine pounds three shillings in money due by bill & due Damages according to Attachm[t] Dated the fourth of the sixth m° 1671 . . . the Jurie . . . found for the plantiff nine pounds eight shillings money Damage & costs of Court twenty seauen shillings & eight pence.

### GEFFORD v. ATHERTON

John Jefford

### HUCHINSON v. DOUTY

Eliakim Huchinson assigne of Edward Rushworth or whomeeuer else conserned plantiff against Thomas Doughty as prinsipall, & James Grant of Yorke Peter Grant & John Taylor as seuerty or either of them Defend[ts] in an Action of the Case for forfeiture or breach of Bond or obligacion of twelue hundred [5] pounds vnder there hands & seales bearing date the first Day of June 1665 for non performance of a Couenant or Agreement of the Date abouesaid vnder the hand & seale of the s[d] Tho: Doughty with other due Damages according to Attachm[t] Dated 19th of Sept[br] 1671 . . . the Jury . . . found for the plantiff the forfeiture of the bond & costs of Court which was thirty six shillings.

Execucion Issued for 1201[li] 16[s] 00 y[e] 5th of 11 m° 1671

### PATTEN v. WISE & BELCHIOR

Thomas Patten Attourney of Nathaniell Patten of Dorchest[r] plantiff against Andrew Belchior of Cambridge & Joseph Wise of Roxbury senior in an Action of the case for the forfeiture of a bond of twenty pounds for non payment of a Debt of tenn pounds eight shillings with the alowance for forbearance as more fully appeares by the condicion of the said bond & due Damages according to Attachm[t] Dat the 25th of Octob[r] 1671 . . . the Jurie . . . found for the plantiff the forfeiture of the bond & Costs of Court thirty six shillings.

Execucion Issued for 21[li] 16[s] 00[d] y[e] 26th of x[br] 1671